UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | **Case No**. 2:17-CV-01749-KJM-CKD |
|---|---|
| Plaintiff, | ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS |
| v. | |
| KEWAL SIDHU; KEWAL SIDHU CORPORATION, a California Corporation; and Does 1-10, | |
| Defendants | |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants KEWAL SIDHU and KEWAL SIDHU CORPORATION, a California Corporation ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents to April 11, 2019.

IT IS SO ORDERED.

DATED: March 5, 2019.

_____
UNITED STATES DISTRICT JUDGE